**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*     **Chapter 13**
                              NO. 08-12461 JNF
In Re: Robert O. Bourassa
       Deanna Bourassa

              **Debtor**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEBTORS' OBJECTION TO MOTION TO DISMISS**

Now come debtors ans file this objection to the motion to dismiss filed by Chapter 13 trustee.

1. Debtors deny that they are in arrears as they made the payment of $1728.00 to the trustee on March 31, 2010.

WHEREFORE, debtors request the motion be denied.

                                    Respectfully submitted,
                                    By their attorney,


                                    /s/ Richard Askenase
                                    Richard Askenase, Esq.  BBO#022920
                                    One Thompson Square
                                    Fourth Floor
                                    Boston, MA 02129
                                    (617) 241- 7555
                                    FAX (617) 241-7396

DATE:  April 15, 2010

CERTIFICATE OF SERVICE

Pursuant to MLBR 3015, Appendix 1, Section 13-7, I, Richard Askenase, do hereby certify that I have served a copy of the attached pleading by mailing a copy of same, postage prepaid to all parties on the attached service list.

Signed under the penalties of perjury.

                                    Respectfully submitted,
                                    By their attorney,

/s/ Richard Askenase
Richard Askenase, Esq.  BBO#022920
One Thompson Square
Fourth Floor
Boston, MA 02129
(617) 241- 7555
FAX (617) 241-7396

DATE:  April 15, 2010

SERVICE LIST

Carolyn A. Bankowski, Esq.
Standing Chapter 13 Trustee
PO Box 8250
Boston, MA 02114
BY ECF TRANSMISSION

Robert Bourassa
Deanna Bourassa
148 Western Avenue
Lynn, MA 01904